IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO E. ZEPEDA,<br><br>            Plaintiff,<br>     vs.<br><br>JAMES A. YATES, et al.,<br><br>            Defendants.<br>_____/ | 1:07-cv-001483 LJO GSA (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient as follows:

The application did not include the required original signature by an authorized officer of the institution of incarceration. 28 U.S.C. § 1915(a)(2).

The application did not include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

1          Plaintiff will be provided the opportunity to submit a new application to proceed
2  in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing
3  fee.
4          Accordingly, IT IS HEREBY ORDERED that:
5          1. The Clerk's Office shall send plaintiff the form for application to proceed in
6  forma pauperis.
7          2. Within thirty (30) days of the date of service of this order, plaintiff shall submit
8  a completed application to proceed in forma pauperis and a certified copy of his prison trust
9  account statement for the six month period immediately preceding the filing of the complaint, or
10 in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order
11 will result in a recommendation that this action be dismissed.
12         IT IS SO ORDERED.
13         **Dated:   October 25, 2007**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE