IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO E. ZEPEDA, | 1:07-cv-01483-LJO-GSA-PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF DECEMBER 11, 2007 [Doc. 6] |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME [Doc. 8] |
| JAMES A. YATES, et al., | |
| Defendants. | ORDER GRANTING APPLICATION PROCEED IN FORMA PAUPERIS [Docs. 2, 7] |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2007, Magistrate Gary S. Austin submitted findings and a recommendation to United States District Judge Lawrence J. O'Neill to dismiss plaintiff's case for failure to comply with the court's order of October 25, 2007, which ordered plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, or pay the $350.00 filing fee for this action. On December 14, 2007, plaintiff filed the required application and trust account statement. On December 17, 2007, plaintiff filed a motion for an extension of time to submit the application and trust account statement.

Due to plaintiff's submission of the application and trust account statement, the findings and recommendation of December 11, 2007, shall be vacated. In addition,

1

plaintiff's motion for extension of time shall be granted. Furthermore, because plaintiff has submitted a declaration that makes the showing required by § 1915(a), the application to proceed in forma pauperis shall be granted.

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendation of December 11, 2007, is VACATED;

2. Plaintiff's motion for extension of time to file an application and a copy of his trust account statement, pursuant to the court's order of October 25, 2007, is GRANTED nunc pro tunc to November 28, 2007; and

3. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

Dated:   December 19, 2007            /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. See 28 U.S.C. § 1914(a).

2