# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO E. ZEPEDA, | 1:07-cv-01483-LJO-GSA-PC |
| Plaintiff, | ORDER VACATING MOTION TO DISMISS BY DEFENDANTS R.J. REYNOLDS TOBACCO COMPANY AND WILLIAMSON HOLDINGS, INC., FROM COURT'S CALENDAR |
| v. | |
| JAMES A. YATES, et al., | (Doc. 23.) |
| Defendants. / | |

Plaintiff Alfredo E. Zepeda ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 2, 2009, defendants R.J. Reynolds Tobacco Company and Williamson Holdings, Inc., ("Defendants") filed a motion to dismiss. (Doc. 23.)

On July 27, 2010, the Magistrate Judge entered findings and recommendations, recommending that Defendants' motion to dismiss be granted. (Doc. 33.)  Plaintiff was granted leave to file objections to the findings and recommendations within thirty days. Id. On September 1, 2010, Plaintiff filed a motion for an extension of time to file objections. (Doc. 34.) On September 9, 2010, the Court granted Plaintiff a thirty-day extension of time in which to file objections to Defendants' motion to dismiss. (Doc. 36.)

In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion to dismiss is HEREBY DEEMED VACATED from the Court's calendar until such time as Plaintiff files his objections, if any.

IT IS SO ORDERED.

**Dated:   September 10, 2010**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE